HUDSON, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by George C. Hudson against the Erie Railroad Company.

PER CURIAM. This case must be certified to the First Department, inasmuch as two members of this court are disqualified from sitting

therein, and the other members of the court are equally divided in opinion as to the proper disposition of the appeal.